713 A.2d 1144

**Anthony WALKER, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Decided Aug. 19, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of August, 1998, the order of the Commonwealth Court is affirmed.